IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
APR 20 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER 2:10cr 56 |
| GRAND JURY PROCEEDINGS ) | |
| ) | **UNDER SEAL** |

## ORDER SEALING INDICTMENT

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the indictment and arrest warrants is necessary to prevent notification of the existence of the arrest warrant which could jeopardize the safety of the arresting officers or otherwise jeopardize the prosecution of the case.

It is hereby ORDERED that the indictment and arrest warrants are sealed.

It is further ORDERED that: (1) a certified copy of the indictment shall be provided to the United States Attorney's Office and those law enforcement officials involved in the prosecution of this case; and (2) copies of the sealed arrest warrants shall be provided by the United States Marshal's Service to agents of the Federal Bureau of Investigation.

It is further ORDERED that the United States may publish the indictment and/or arrest warrants to law enforcement agents, Department of Defense personnel, and Department of State personnel.

It is further ORDERED that Federal Bureau of Investigation agents may publish the indictment and/or arrest warrants to any other persons, the disclosure to which would facilitate the execution of the arrest warrants and the transfer of the defendants to Federal Bureau of Investigation custody and subsequent transport to the United States.

It is further ORDERED that the indictment and arrest warrant are unsealed at the initial appearance of the first defendant, at which time the indictment may be treated as a public record.

/s/
M. Hannah Lauck
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
April 20th, 2010

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

Joseph E. DePadilla
Assistant United States Attorney