AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | **UNDER SEAL** |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:10cr 56 |
| MOHAMMED MODIN HASAN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*   MOHAMMED MODIN HASAN                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  Piracy Under the Law of Nations. In Violation of Title 18 U.S.C. §§ 1651 & 2. (Count 1, et al.)


Date:  04/20/2010
                                                                               *Issuing officer's signature*

City and state:   Richmond, Virginia                          Lillian C. Charity, Deputy Clerk
                                                                               *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .  Date: _____        _____  *Arresting officer's signature*    _____  *Printed name and title* |