*United States District Court*
*Eastern District of Virginia*
*Norfolk Division*



FILED
IN OPEN COURT

NOV 24 2010

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| UNITED STATES OF AMERICA | VERDICT |
|---|---|
| v. | CASE NUMBER: 2:10cr56-1 |
| MOHAMMED MODIN HASAN | |

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

### VERDICT FORM

WE, THE JURY, FIND **THE DEFENDANT MOHAMMED MODIN HASAN:**

As to COUNT 1 .................................... ✓ GUILTY   ___ NOT GUILTY

As to COUNT 2 .................................... ✓ GUILTY   ___ NOT GUILTY

As to COUNT 3 .................................... ✓ GUILTY   ___ NOT GUILTY

As to COUNT 4 .................................... ✓ GUILTY   ___ NOT GUILTY

As to COUNT 5 .................................... ✓ GUILTY   ___ NOT GUILTY

As to COUNT 6 .................................... ✓ GUILTY   ___ NOT GUILTY

As to COUNT 7 .................................... ✓ GUILTY   ___ NOT GUILTY

As to COUNT 8 .................................... ✓ GUILTY   ___ NOT GUILTY

As to COUNT 9 .................................... ✓ GUILTY   ___ NOT GUILTY

Page 2
Case Number: 2:10cr56

As to COUNT 10 ............................... __✓__      _____
                                             GUILTY      NOT GUILTY

As to COUNT 11 ............................... __✓__      _____
                                             GUILTY      NOT GUILTY

As to COUNT 12 ............................... __✓__      _____
                                             GUILTY      NOT GUILTY

As to COUNT 13 ............................... __✓__      _____
                                             GUILTY      NOT GUILTY

As to COUNT 14 ............................... __✓__      _____
                                             GUILTY      NOT GUILTY

**REDACTED COPY**

_____        __11/24/10_____
FOREPERSON'S SIGNATURE                 DATE