UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  Criminal No. 2:10cr56

MOHAMMED MODIN HASAN,
et al.,

    Defendant.

## ORDER

The jurors in the above entitled case having been sequestered, **IT IS SO ORDERED** that the United States Marshal furnish them meals at the expense of the United States, submitting the bill to the Clerk of this Court for payment.

                                                /s/
                                          Mark S. Davis
                              UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
November 24, 2010

**CUSTOMER'S ORDER NO.** 865806
**NAME**
**ADDRESS** Billie B's Deli
433 Grandy St
Norfolk VA
**CITY, STATE, ZIP**

Federal Court House
600 Grandy St
Norfolk VA 23510 Room 5

**DATE** 11-23-2010

**SOLD BY** | **CASH** | **C.O.D.** | **CHARGE** | **ON ACCT.** 30day | **MDSE. RETD.** | **PAID OUT**

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| ## | 11 Baked Chips | | 6.85 |
| # | 1 Cuke Salad | | 6.85 |
| # | 1 fruit salad | | 6.85 |
| # | 1 Cuke Salad | | 6.85 |
| # | 2 Cole Slaw | | 6.85 |
| # | 3 Chips | | 5.25 |
| # | 5 potato Salad | | 5.25 |
| ## | 6 Cuke Salad 1T Mayo | Sub | 6.25 |
| ## | 14 Cole Slaw | | 6.70 |
| ## | 8 Fruit Salad No Sauce | | 7.20 |
| ## | 8 Cuke Salad No cheese | | 7.20 |
| ## | 15 Cuke Salad | | 6.35 |

78.65

adams 4705 RECEIVED BY KEEP THIS SLIP FOR REFERENCE